# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

Shawnquavious Kiwane Kelly, )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 3:25-cv-00778
Montgomery County of Tennessee; )
Sheriff John Fuson; )
Investigator Matthew Riels; and )
Deputy Dante Turner )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montgomery County of Tennessee
1 Millennium Plaza
Suite 205
Clarksville, TN 37040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacob W. Fendley
128 Public Square
Clarksville, TN 37040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 7/17/2025

Sabrina Brewer
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-00778

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Montgomery County Tennessee
was received by me on *(date)* August 4, 2025

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Emily Matthews, who is designated by law to accept service of process on behalf of *(name of organization)* Montgomery County Tennessee on *(date)* August 6, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 6, 2025

Victoria Ewers
*Server's signature*

Victoria Ewers
*Printed name and title*

128 Public Sq, Clarksville, TN 37040
*Server's address*

Additional information regarding attempted service, etc: