# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWNQUAVIOUS KIWANE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:25-cv-00778 |
| | ) | |
| MONTGOMERY COUNTY, | ) | Judge Waverly D. Crenshaw, Jr. |
| TENNESSEEE, SHERIFF JOHN FUSON, | ) | Magistrate Judge Jeffrey S. Frensley |
| INVESTIGATOR MATTHEW RIELS, | ) | |
| and DEPUTY DANTE TURNER, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MONTGOMERY COUNTY, TENNESSEE'S MOTION FOR ADDITIONAL TIME TO FILE AN ANSWER TO THE COMPLAINT OF THE PLAINTIFF**

Comes now the Defendant, MONTGOMERY COUNTY, TENNESSEE, by and through counsel, and files this Motion for an extension of time to file its Answer to the Complaint of the Plaintiff and in support of the same does state as follows:

The Complaint of the Plaintiff includes factual allegations involving Defendants TURNER and RIELS. While Defendant MONTGOMERY COUNTY has been served, no Returns of Service have been filed confirming service on the individual defendants SHERIFF FUSON, INVESTIGATOR RIELS, and DEPUTY TURNER. This Defendant is in the process of confirming service on and coordinating communication with the individual Defendants to respond to the allegations of the Plaintiff and therefore requests an additional ten days to respond to the Complaint of the Plaintiff. Pursuant to Local Rule 7.01(a)(1), counsel for this Defendant certifies

she has communicated with counsel for the Plaintiff, and counsel for the Plaintiff has no opposition to this request.

WHEREFORE, premises considered, this Defendant respectfully moves this Court for entry of an Order granting its request for an additional ten days to file a responsive pleading in this case.

Respectfully submitted,

LAW OFFICE OF W. TIMOTHY HARVEY

BY:/s/ Rebecca J. Garman
W. Timothy Harvey (#10469)
Rebecca J. Garman (#26317)
*Attorney for Defendant Montgomery County*
310 Franklin Street
Clarksville, TN 37040
P: (931) 552-0549
F: (931) 552-0559
timharvey@wtharveylaw.com
rebeccagarman@wtharveylaw.com

# CERTIFICATE OF SERVICE

      I hereby certify an exact copy of the foregoing has been forwarded to the following counsel of record by:

| | |
|---|---|
| [ ] Hand-Delivery | **Jacob W. Fendley** (#030762) |
| [ ] U.S. Mail | FENDLEY & BIRCH |
| [ ] Facsimile | *Attorney for Plaintiff* |
| [ ] FedEx | 128 Public Square |
| [ ] E-Mail | Clarksville, TN 37040 |
| [X] E.C. | P: (931) 245-4357 |
| | F: (931) 245-0343 |
| | jake@fendleylaw.com |

on this the 26th day of August, 2025.

                                        BY: /s/ Rebecca J. Garman
                                                 Rebecca J. Garman